UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. AGUIRRE, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-00281-KES-SKO<br><br>**ORDER GRANTING DEFENDANTS' MOTION RE SCREENING OF PLAINTIFF'S COMPLAINT**<br><br>(Doc. 3) |

Plaintiff Edward Thomas is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     BACKGROUND**

Defendants Aguirre, Leyva, and Pfeiffer removed this action to this Court from the Kern County Superior Court on March 7, 2024. (Doc. 1.) That same date, Defendants filed a motion asking the Court to screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. (Doc. 3.)

**II.    DISCUSSION**

Defendants ask the Court to screen Plaintiff's complaint filed in the Kern County Superior Court on September 13, 2023. (Doc. 3 at 1.) Defendants request that the Court screen the complaint pursuant to 28 U.S.C. § 1915A and dismiss any claims or defendants "the Court believes should be dismissed." (*Id*. at 2.) Defendants waive their right to reply to Plaintiff's complaint pursuant to 42 U.S.C. § 1997e(g). (*Id*.) In the event the Court does not dismiss the

complaint in its entirety, Defendants requests sixty days within which to file a responsive pleading. (*Id*. at 2-3.) If any additional defendants are to be served, Defendants further request that the Court "set one responsive pleading date sixty days after the final defendant has been served." (*Id*. at 3.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). This Court also screens complaints filed by prisoners in state court actions that have been removed to federal court. *See, e.g.*, *Kidwell v. Collins*, No. 1:22-cv-00709-BAK (BAM) (PC), 2022 WL 2303944, at *2 (E.D. Cal. June 27, 2022) (noting court will screen plaintiff's complaint following removal and request by defendants); *see also Wilk v. Neven*, No. 2:15-cv-01429-JCM-CWH, 2016 WL 259694, at *1 (D. Nev. Jan. 21, 2016) (federal district court required to screen prisoner plaintiff's complaint upon removal from state court); *Doyle v. California Dep't of Corr. & Rehab.*, No. C 12-2769 YGR (PR), 2013 WL 1149767, at *1 (N.D. Cal. Mar. 19, 2013) (same).

Plaintiff's complaint will be screened in due course.[1] In the event a responsive pleading is needed following screening, Defendants Aguirre, Leyva, and Pfeiffer will be granted sixty days within which to file a responsive pleading. In the event additional defendants must be served, service of process efforts will be undertaken and completed before all defendants will be ordered to file a responsive pleading within sixty days.

### III. CONCLUSION AND ORDER

For the reasons given above, **IT IS HEREBY ORDERED** that Defendants' motion for screening of Plaintiff's complaint (Doc. 3) is **GRANTED**.

IT IS SO ORDERED.

Dated:   **April 4, 2024**                              /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] This Court is one of the busiest district courts in the nation. The undersigned and all judges in this district carry heavy caseloads in all manner of cases. Delays are unavoidable.