UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>            Plaintiff,<br><br>    v.<br><br>J. AGUIRRE, et al.,<br><br>            Defendants. | Case No.: 1:24-cv-00281-KES-SKO<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 27) |

Plaintiff Edward Thomas is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    BACKGROUND**

Plaintiff filed a second amended complaint on October 15, 2024. (Doc. 22.)

The Court issued its Second Screening Order on April 21, 2025. (Doc. 24.) It found Plaintiff's second amended complaint violated Rule 8 of the Federal Rules of Civil Procedure (*id*. at 5-6) and failed to state any cognizable claim upon which relief can be granted (*id*. at 8-17). Plaintiff was afforded one final opportunity to file a third amended complaint curing the deficiencies identified in the order, or a notice of voluntary dismissal, within 21 days. (*Id*. at 18-19.)

On May 15, 2025, Plaintiff filed a document titled "Petitioners Motion for Kelly Stay/Rhines v. Weber Stay Untill [sic] Further Notice." (Doc. 25.) On May 23, 2025, the Court

issued its Order Denying *Rhines* Stay and Order Granting 60-Day Extension of Time Within Which to File Third Amended Complaint. (Doc. 26.)

When more than 60 days (plus time for mailing) passed without Plaintiff having filed a third amended complaint, the undersigned issued Findings and Recommendations to Dismiss Action for Plaintiff's Failure to Obey Court Orders and Failure to Prosecute on August 1, 2025. (Doc. 27.) Plaintiff was advised any objections were due within 14 days. (*Id*. at 4-5.)

On August 15, 2025, Plaintiff filed a third amended complaint. (Doc. 28.)

## II.    DISCUSSION

Plaintiff's third amended complaint was not timely filed. The amended complaint was to be filed no later than July 22, 2025, plus time for mailing. (*See* Doc. 26 at 4.) Plaintiff filed his third amended complaint – signed July 21, 2025 – on August 15, 2025. The Court suspects Plaintiff failed to submit the amended complaint to prison officials for mailing on July 21, 2025, as it would not take 25 days for this Court to receive mail sent from California State Prison-Los Angeles in Lancaster, California. The Court will nonetheless vacate the Findings and Recommendations to dismiss this case issued August 1, 2025, and will screen the third amended complaint. Plaintiff is reminded that screening delays are inevitable given this Court's heavy caseloads. (*See* Doc. 2 at 3 [III., C.].)

Plaintiff is also reminded that all deadlines are strictly enforced. (*Id*. at 5 [VII.].) Moving forward, if Plaintiff requires additional time within which to respond to an order of the Court, he should seek an extension of time *before* expiration of the relevant deadline. (*See* Doc. 26 at 2-3 [stating "Plaintiff could have simply sought an extension of time"].)

## III.    CONCLUSION AND ORDER

Accordingly, this Court **HEREBY ORDERS**:

1. The Findings and Recommendations issued August 1, 2025 (Doc. 27) are **VACATED**; and
2. Plaintiff's third amended complaint filed August 15, 2025 (Doc. 28) will be screened in due course.

2

IT IS SO ORDERED.

Dated: **August 19, 2025**         */s/ Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE