UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>J. AGUIRRE, et al.,<br><br>Defendants. | Case No.: 1:24-cv-00281-KES-EGC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>Doc. 33 |

Plaintiff Edward Thomas is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2026, the assigned magistrate judge issued findings and recommendations, recommending this action dismissed for plaintiff's failure to keep the Court apprised of his current address, failure to obey court orders and failure to prosecute. Doc. 33. Any objections were to be filed within 14 days. *Id*. at 5-6. No objections have been filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 29, 2026, Doc. 33, are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of the Court is directed to terminate any motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated: July 18, 2026

UNITED STATES DISTRICT JUDGE